IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-36 WLS |
| KEVIN RICHARD MABERRY, | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

      Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Tuesday, December 13, 2022, at 3:00 p.m. and for trial on Monday, January 9, 2023 (Doc. 20). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) The Defendant filed a timely Motion to Continue (Doc. 24) ("Motion") stating that the Federal Defenders of the Middle District of Georgia, Inc. was appointed to represent Defendant on November 15, 2022, and Defendant's first appearance occurred on November 15, 2022. Defendant's counsel received discovery on November 16, 2022 and will need additional time to review discovery with Defendant, investigate, research, and discuss the Government's case in chief with Defendant. Defendant's counsel represents that he conferred with Government's counsel, Assistant United States Attorney, Hannah Couch, and she does not oppose the Motion. He further states that the ends of justice served by granting the continuance outweigh the best interests of the public and Mr. Maberry in a speedy trial.

      Based on the Defendant's stated reasons, the Court finds that a continuance is required for Defendant's counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 24) is GRANTED. The Court hereby ORDERS that the trial in the above-referenced matter be CONTINUED to the Valdosta Division February 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is ORDERED that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be EXCLUDED pursuant to 18 U.S.C. § 3161(h)(7)

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

The December 13, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 30th day of November 2022.

                                                                            /s/W. Louis Sands
                                                                            **W. LOUIS SANDS, SR. JUDGE**
                                                                            **UNITED STATES DISTRICT COURT**