IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | CASE NO: 7:22-CR-036 (WLS) |
| : | |
| : | |
| **KEVIN RICHARD MABERRY,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Before the Court is Defendant Unopposed Motion for Continuance in the Interest of Justice (Doc. 26) ("Motion") requesting that the trial be continued from the February trial term to the next regularly scheduled Valdosta trial term. Defense Counsel states he needs additional time to review discovery with Defendant, investigate, research, and discuss the Government's case in chief with Defendant. Defense Counsel states he and Government's counsel are currently discussing a plea and more time will be needed to discuss the agreement with Defendant. The Government does not oppose the continuance. Defense Counsel further states that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

Based on the Defendant's stated reasons, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 26) is GRANTED. The Court hereby ORDERS that the trial in the above-referenced matter be CONTINUED to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is ORDERED that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be EXCLUDED pursuant to 18 U.S.C. § 3161(h)(7)

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

    **SO ORDERED**, this 12th day of January 2023.

                                        <u>**/s/W. Louis Sands**</u>
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**