IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO: 7:22-CR-036 (WLS) |
| : | |
| KEVIN RICHARD MABERRY, : | |
| : | |
| **Defendant.** : | |
| _____ : | |

# **ORDER**

The Court intends to notice this case for the May 2023 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than Monday, March 20, 2023, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

SO ORDERED, this 3rd day of March 2023.

                                                                            /s/W. Louis Sands
                                                                            **W. LOUIS SANDS, SR. JUDGE**
                                                                            **UNITED STATES DISTRICT COURT**